WHIPPLE *v.* WILLIAMS.

An affidavit that is not correctly entitled in a cause, cannot be used therein.

A writ of error was sued out in the names of W. and R. On motion, W. was allowed to sever in the prosecution of the suit. Affidavits sudsequently drawn up and entitled in the name of W. and R., were held to be erroneously entitled.

Mr. Douglass moved to strike a bill of exceptions from the record. The affidavits he proposed reading in support of his motion, were entitled, " Gardner D. Williams ads. Charles W. Whipple and Theodore Romeyn."

Mr. Davidson, on the part of the plaintiff, objected to the reading of the affidavits, as they were not entitled in the cause. 4 Hill 19.

It appeared that the writ of error was originally in the names of Whipple and Romeyn, but that on the 3d January, 1844, on motion, Whipple was allowed to sever in the prosecution of the suit, and that the affidavits had been drawn up since that time.

*By the court.* Affidavits must be correctly entitled in the cause in which they are to be used; otherwise an indictment for perjury would not lie upon them, if false. 2 Cowen 509. Notices and other papers are sufficient if they do not mislead. Since the severance there is no, such cause in this court as that in which the affidavits are entitled.

*Motion denied.*